UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-01190 ADS                              Date:  August 25, 2025

Title:  *Julio Cruz v. Euclid Best Bargain, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|            Kristee Hopkins            |            None Reported            |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On June 2, 2025, Plaintiff filed a Complaint.  (Dkt. No. 1.)  To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than September 2, 2025.  Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh